UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

EYE KEYLA M. CARRUTHERS
WASHINGTON a/k/a ANTWAN M.
CARRUTHERS,

Plaintiff,

v.

CAUSE NO. 3:23-CV-482-DRL-MGG

WESTVILLE CORRECTIONAL
FACILITY OFFENDERS, et al.,

Defendants.

## ORDER

Eye Keyla M. Carruthers Washington a/k/a Antwan M. Carruthers, a prisoner without a lawyer, filed a motion for temporary restraining order. ECF 1. "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Here, there is no chance of success on the merits because Ms. Washington did not file a complaint as required by Federal Rule of Civil Procedure 7(a)(1). In some circumstances the court will construe a motion filed by an unrepresented prisoner as also being a complaint but will not do so here because Ms. Washington has used litigation abusively and filed more than one hundred cases with this court. She is well aware of how to file a complaint without the court needing to impute one as part of this motion.

For these reasons, the motion (ECF 1) is STRICKEN. The clerk is DIRECTED to close this case as inadvertently opened.

SO ORDERED.

June 22, 2023                                    *s/ Damon R. Leichty*
                                                 Judge, United States District Court